# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| WAHL CLIPPER CORPORATION ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br> Defendant. ) | Court No. 20-00397 |

## NOTICE TO WITHDRAW BRIAN MCGRATH

**PLEASE TAKE NOTICE** that, Brian McGrath has left the employment of Crowell & Moring LLP.  Accordingly, please remove Brian McGrath from the list of counsel from Crowell &Moring LLP representing the plaintiff, Wahl Clipper Corporation, in this proceeding.

Respectfully submitted,

  */s/ Alexander Schaefer*
Alexander Schaefer

Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
Tel: (202) 624-2500
Fax: (202) 628-5116

Dated:  October 11, 2022                Counsel for Wahl Clipper Corporation